UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANAPOLIS AIRPORT AUTHORITY, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     *vs.* | ) | 1:13-cv-1316-JMS-TAB |
| | ) | |
| TRAVELERS PROPERTY CASUALTY COMPANY | ) | |
| OF AMERICA, | ) | |
|     *Defendant.* | ) | |

## ORDER TO FILE AMENDED COMPLAINT

On August 19, 2013, Plaintiff Indianapolis Airport Authority ("IAA") filed a Complaint against Defendant Travelers Property Casualty Company of America ("Travelers"), alleging that this Court has diversity jurisdiction over this action. [Dkt. 1 at 1, ¶ 3.] IAA makes the jurisdictional allegations regarding the citizenship of Travelers "[u]pon information and belief," [*id.* at 1, ¶ 2]; however, jurisdictional allegations must be made on personal knowledge. *See America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992) (emphasizing that only a statement about jurisdiction "made on personal knowledge has any value" and a statement made "'to the best of my knowledge and belief' is insufficient" to engage diversity jurisdiction "because it says nothing about citizenship"). Additionally, IAA alleges that the amount in controversy exceeds $75,000, [dkt. 1 at 1, ¶ 3], but that amount must exceed $75,000 "exclusive of interest and costs," 28 U.S.C. § 1332.

For these reasons, the Court **ORDERS** IAA to conduct whatever inquiry it believes to be necessary to make its jurisdictional allegations on personal knowledge and to file an Amended Complaint which addresses the concerns noted above by **September 3, 2013**. Travelers need not respond to the Complaint, [dkt. 1], and its time to answer will run from when it is served with IAA's Amended Complaint.

08/21/2013

*Signature: Jane Magnus-Stinson*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**<u>Distribution via ECF only</u>:**

Jenny R. Buchheit
ICE MILLER LLP
jenny.buchheit@icemiller.com

Rebecca J. Seamands
ICE MILLER LLP
rebecca.seamands@icemiller.com