**EXHIBIT J**

IAA'S BREAKDOWN OF TRAVELERS' ASSERTIONS OF PRIVILEGE IN
AUGUST 5, 2014 REVISED PRIVILEGE LOG

<u>**Documents withheld on the basis of the Attorney/Client Privilege
for discussions of "coverage issues"**</u>

**TRV FISHER CLM** 001258; 001260; 001263; 001810-1811; 001813; 001814; 001816; 001817-001818; 002058; 002190-2191; 002384; 002403; 002419; 002423; 002430; 002431; 002433; 004923-4924; 004926; 004927; 004930-4931; 010651; 010659; 010667; 011578; 011582; 011616; 011621; 011626; 011627; 011632; 011636-11637; 011687-11702; 011707; 011710; 011711; 011713; 011714; 011717; 011718; 011719; 011721-11722; 011733-11734; 011740; 011741-11742; 011757-11758; 020424; 020434; 020435; 021742-21745; 021755-21758; 021763; 021750-21751; 021759-21762; 021764; 021769-21775; 021780-21784; 021786-21789; 021791; 021793; 021795; 021797; 021802; 021813; 021818-21819; 021820-21822; 021823; 021827; 021831; 021834; 021834-21836; 021843-21850; 021852; 021854; 021860; 021863; 021864-21868; 021877; 021892; 021913; 021929-21930; 021933; 021936; 021939; 021940; 021942; 021944; 021946; 021948; 021953; 022033; 022039-22040; 022054; 022100; 022108; 022109; 022131; 022138; 022139; 022142-22144; 022154-22177; 022179-22180; 022183-22184; 022188-22195; 022197; 022199; 022201-22207; 022209-22213; 022216-22225; 022227; 022230-22234; 022236-22237; 022239-22240; 022242-22244; 022260-22262; 022264-22272; 022279-22292; 022309; 022313-22315; 022318; 022321; 022324; 022327; 022336; 022339; 022354-22356; 022360-22362; 022364; 022368; 022387-22389; 022393; 022395-22397; 022399; 022401-22405; 022407; 022409-22410; 022412; 022414; 022419-22427; 022431-22437; 022439-22456; 022462; 022472; 022475-22481; 022489-22490; 022491-22516; 022528-22544; 022545; 022547-22548; 022551; 022554-22556; 022574; 022584; 022611-22633; 022635-22637; 022638-22642; 022644-22645; 022647-22649; 022651; 022653; 022655-22658; 022662; 022666; 022668-22670; 022673-22674; 022677; 022680; 022683; 022686-22753; 022944-22945; 023811; 023812; 023817; 023818; 024590; 025581; 029592; 026003; 025961-25962; 026084-26085; 026086-26115; 026116-26117; 026245-26246; 026257; 026259; 026268; 026271; 026281; 026283; 026284; 026266; 026318; 026319; 026330; 026331; 026335; 026377; 026387-26388; 026542; 026573-26577; 026578; 026632; 026683; 026916; 026937-026939; 026948; 026964; 026966; 026968; 026970; 026983-27012; 027013; 027038-27045; 027054-27064; 027077; 027100; 027102; 027126; 027154; 027161-27171; 027172-27173; 027203; 027204-27206

**TRV BEDARD** 000024; 00052; 00053

**TRV CLM** 000311; 000323; 000324; 000368; 000369; 000370; 000372; 000374; 000383; 000384; 000406; 000409-410; 000411; 000413; 000414; 000417; 000419; 000420; 000421; 000422; 000428; 000430; 000935; 000937-938; 001349; 001351; 001353; 001354-1355; 001360; 001361; 001366; 001367; 001371; 001374; 001375; 001380; 001384; 001385; 001389; 001394; 001395; 001399; 001400; 001405; 001410; 001415; 001416; 001420; 002019; 002254-2257; 002262; 002265; 002267; 002268; 002269; 002270; 002271-2272; 002274; 002275; 002277; 002288; 002295; 002297; 002302; 002305; 002307; 002309; 02310; 002313; 002314; 002325; 002336; 002339; 002342; 002351; 002362

IAA'S BREAKDOWN OF TRAVELERS' ASSERTIONS OF PRIVILEGE IN
AUGUST 5, 2014 REVISED PRIVILEGE LOG

**Documents withheld on the basis of "work product"**

**TRV FISHER CLM** 001258; 001260; 001263; 001810-1811; 001817-1818; 002058; 002190-2191; 002384; 002403; 002419; 002423; 002430; 002431; 002433; 004923-4924; 004930-4931; 010651; 010657; 010659; 010665; 010667; 010672; 011564; 011574; 011575; 011578; 011582; 011609; 011616; 011621; 011626; 011627; 011632; 011636-11637; 011653; 011666; 011687-11702; 011707; 011710; 011711; 011713; 011714; 011717; 011718; 011719; 011721-11722; 011733-11734; 011740; 011741-11742; 011757-11758; 011893-11895; 011921; 011924; 020424; 020434; 020435; 021742-21745; 021755-21758; 021763; 021750-21751; 021759-21762; 021764; 021769-21775; 021780-21784; 021786-21789; 021791; 021793; 021795; 021797; 021802; 021813; 021818-21819; 021820-21822; 021823; 021827; 021831; 021834; 021834-21836; 021837; 021843-21850; 021852; 021854; 021860; 021863; 021864-21868; 021873; 021877; 021892; 021913; 021920; 021929-21930; 021933; 021936; 021939; 021940; 021942; 021944; 021946; 021948; 021953; 022031; 022033; 022039-22040; 022054; 022100; 022090-22091; 022097; 022108; 022109; 022131; 022138; 022139; 022142-22144; 022154-22177; 022179-22180; 022183-22184; 022188-22195; 022197; 022199; 022201-22207; 022209-22213; 022216-22225; 022227; 022230-22234; 022236-22237; 022239-22240; 022242-22244; 022260-22262; 022264-22272; 022279-22292; 022309; 022313-22315; 022318; 022321; 022324; 022327; 022336; 022339; 022343; 022344; 022349; 022354-22356; 022360-22362; 022364; 022368; 022387-22389; 022393; 022395-22397; 022399; 022401-22405; 022407; 022409-22410; 022412; 022414; 022419-22427; 022431-22437; 022439-22456; 022457; 022459; 022462; 022472; 022475-22481; 022489-22490; 022491-22516; 022528-22544; 022545; 022547-22548; 022551; 022554-22556; 022574; 022584; 022611-22633; 022635-22637; 022638-22642; 022644-22645; 022647-22649; 022651; 022653; 022655-22658; 022662; 022666; 022668-22670; 022673-22674; 022677; 022680; 022683; 022686-22753; 022944-22945; 023372; 024161;023811; 023812; 023817; 023818; 024588; 025979; 026001; 024590; 025581; 029592; 026003; 025961-25962; 026084-26085; 026086-26115; 026116-26117; 026245-26246; 026257; 026259; 026268; 026271; 026281; 026283; 026284; 026266; 026318; 026319; 026330; 026331; 026335; 026377; 026387-26388; 026542; 026573-26577; 026578; 026580-26582; 026583; 026632; 026683; 026916; 026928; 026937-026939; 026948; 026964; 026966; 026968; 026970; 026983-27012; 027013; 027038-27045; 027054-27064; 027077; 027065; 027082027100; 027102; 027126; 027134-27137; 027140-27152; 027154; 027161-27171; 027172-27173; 027203; 027204-27206

**TRV BEDARD** 000024; 00052; 00053

**TRV CLM** 000311; 000323; 000324; 000333; 000335-336; 000352; 000364; 000368; 000369; 000370; 000372; 000374; 000375; 00378; 000383; 000384; 000392; 000400; 000406; 000409-410; 000411; 000413; 000414; 000417; 000419; 000420; 000421; 000422; 000428; 000430; 000922-927; 000928-930; 000931-934; 000935; 000937-938; 000947-952; 000953-958; 000959-960; 000961-962; 000963-969; 000970-971; 000972-974; 000975-977; 000978-981; 000982-985; 000986-988; 001349; 001351; 001353; 001354-1355; 001360; 001361; 001366; 001367; 001371; 001374; 001375; 001380; 001384; 001385; 001389; 001394; 001395; 001399; 001400; 001405; 001410; 001415; 001416; 001420; 001984-1993; 002019; 002254-2257; 002262; 002265; 002267; 002268; 002269; 002270; 002271-2272; 002274; 002275; 002276;

IAA'S BREAKDOWN OF TRAVELERS' ASSERTIONS OF PRIVILEGE IN
AUGUST 5, 2014 REVISED PRIVILEGE LOG

002277; 002281; 002288; 002295; 002297; 002302; 002305; 002307; 002309; 002310; 002313; 002314; 002325; 002336; 002339; 002342; 002351; 002362; 002405

**Documents withheld on the basis of the Attorney/Client Privilege, but it does not appear that Travelers' In-House Counsel was acting as an Attorney**

**TRV FISHER CLM** 011609; 011653; 011666; 021837; 021873; 021920; 022090-22091; 022097; 0022343; 022344; 022349; 022457; 022459; 023372; 024161; 027134-27137; 027161-27171; 027172-27173; 027203; 027204-27206

**TRV CLM** 00333; 00335-336; 00352; 00364; 00375; 00392; 000922-927; 000928-930; 000931-934; 000947-952; 000953-958; 000959-960; 000961-962; 000963-969; 000970-971; 000972-974; 000975-977; 000978-981; 000982-985; 000986-988; 001984-1993; 002339; 002342; 002405

**Subrogation Documents Withheld**

**TRV FISHER CLM** 001806; 001807; 001810; 2135; 002176; 002187; 004919; 004923; 004925; 004926; 004927; 004930; 010634; 010638; 010642; 010646; 010654; 010657; 010662; 010665; 010670; 010672; 010676; 010745; 010753; 010757; 010761; 010765; 010769; 010773; 010993; 010997; 010986; 010995; 011616; 011674; 011705; 011716-11717; 011740; 011741-11742; 011753; 011754; 011756; 011757; 011766-11769; 011770; 011771-11773; 011800-11804; 011805; 011806-11808; 011809; 011810-11813; 011814; 011817-11841; 011842; 011850-11856; 011857-011859; 011862-11864; 011865-11871; 011874; 011875; 011876-11884; 011885-11892; 011910-11915; 011916; 011917-11918; 011921; 011924; 011927-11971; 022031; 022036-22037; 022300; 022419-22427; 022431-22437; 022439-22456; 022462; 022472; 022475-22481; 022489-22490; 022491-22516; 022528-22544; 022580-22583; 022591-22595; 022941; 022944; 023490; 023572-23579; 023595-23600; 024258-24259; 024588; 024593; 025979; 025984; 025990; 025995; 026001; 026006; 026928; 026961; 027049; 027087

**TRV BEDARD** 000004; 000006; 000009; 000011; 000012; 000014; 000017; 000019; 000020; 000023; 000025-26; 000027; 000029; 000031-32; 000033; 000034; 000035; 000036; 000038; 000041; 000043; 000045-46; 000048; 000049; 000052

**TRV CLM 0**00261; 000318; 000367; 000368; 000378; 000392; 000399; 000400; 000402; 000404-405; 000417; 000420; 000424; 000425; 000426; 000427; 000428; 000430-431; 000432; 000435; 000436-437; 000446; 001350; 001352; 001356; 001357; 001360; 001362; 01363; 001366; 001368; 001370; 001376; 001377; 001379; 001386; 001388; 001390; 001391; 001393-1394; 001396; 001399; 001401; 001402; 001404; 001406; 001409; 001411; 001412; 001415; 001417; 001419; 002014; 002015; 002018; 002246; 002247; 002248; 002251; 002252; 002254-2257; 002259; 002260; 002262; 002274; 002279; 002281; 002282; 002285; 002288; 002301; 002309; 002310-002311; 002355

# IAA'S BREAKDOWN OF TRAVELERS' ASSERTIONS OF PRIVILEGE IN AUGUST 5, 2014 REVISED PRIVILEGE LOG

## Documents Withheld Reflecting the Reserve Amount(s)

**TRV FISHER CLM** 001806; 001807; 001810; 001820; 004945; 002187; 004919; 004923; 004925; 004926; 004927; 004930; 010632; 010634; 010638; 010641; 010642; 010648; 010644; 010645; 010647; 010649; 010655; 010657; 010664; 010665; 010672; 010880; 010881; 011036; 011038; 011039; 011040; 011041; 011043; 011044; 011046; 011047; 011474; 011718; 011719; 011753; 011754; 011756; 011757; 020046; 020047; 020049; 020050; 020051; 020052; 020433; 022030; 022031; 022101; 022102; 022119; 022257; 022330; 022941; 022944; 024588-24589; 024594-24597; 025979-25980; 025985-25986; 025590-25591; 025596-25597; 026001-26002; 026007-26008; 024596-24597; 025945; 025959-25931; 025989; 025600; 025998; 026009; 026909; 026926; 026915; 026928-026929; 026934; 026961; 027049; 027087; 027153

**TRV BEDARD** 000004; 000006; 000009; 000011; 000012; 000014; 000017; 000019; 000020; 000023; 000025-26; 000027; 000029; 000031-32; 000033; 000034; 000035; 000036; 000038; 000041; 000043; 000045-46; 000048; 000049; 000052

**TRV CLM** 000326; 000340; 000356; 00370; 000398; 000400; 000419; 000420; 000444; 000454-455; 001348; 001352; 001354; 001356; 001357; 001360; 001362; 01363; 001366; 001368; 001370; 001373; 001374; 001376; 001377; 001379; 001382; 001383; 001384; 001386; 001388; 001390; 001391; 001393-1394; 001396; 001399; 001401; 001402; 001404; 001406; 001409; 001411; 001412; 001415; 001417; 001419; 002014; 002015; 002018; 002276; 002277; 002281; 002284; 002308; 002321; 002335-2336; 002348; 002413; 002419; 002425; 002440