# EXHIBIT L

| <br>25686 Willow Spring Road<br>Mundelein, IL 60060 | | Nancy Fisher, RPA<br>*General Adjuster*<br>*Commercial Property Claims*<br>*(847) 566-7950 – Office Phone*<br>*(847) 736-6914 – Cell Phone*<br>*(866) 305-4427 FAX* |
|---|---|---|

February 8, 2007

**Via Electronic Mail & Facsimile # 317/487-4121**
Indianapolis Airport Authority, Etal
c/o Jay D. McQueen, Director of Contractors
BSA Life Structures
Indianapolis International Airport
2349 Aviation Drive
Indianapolis, IN 46241-3729

**Claim #**       : CCE9258
**Insured**       : Indianapolis Airport Authority, Etal
**Location of Loss** : New Midfield Terminal Project at the Indianapolis International Airport
**Date of Loss**  : 01/24/2007

Dear Mr. McQueen:

Thank you for your time on Thursday, February 1, 2007. Your time and courtesy was much appreciated.

The cause of the event occurring on January 24, 2007 remains under investigation at this time. Travelers will continue to gather the necessary information it needs in order to complete its investigation. In doing so, Travelers does not waive any of its rights, terms, conditions or limitations under the policy. Travelers also specifically reserves any and all rights and defenses that now exist or may arise in the future.

As Travelers proceeds with the investigation into this claim matter we wish to call your attention to the **Duties in the Event of Loss or Damage**, as set forth in the policy of insurance with us. The policy language can be found on Page 9 of 14 of the IM PAK Coverage Form, CM T1 43 (08/96) and reads as follows:

> "**a. Make every effort to meet the 'planned completion date.' This includes, but is not limited to:**
>
> **(1) Resumption of, as soon as possible, all or any part of the construction or repair; and**
> **(2) Use of other machinery, equipment, supplies or materials that could reduce the 'period of delay in completion.'**
>
> **If you do not make every effort to meet the 'planned completion date', or you do not resume the operation or use of any part of the project as soon as possible, we will only pay the 'amount of loss' that we would have otherwise paid if you had complied with the above conditions.**
>
> **b. Notify us of any payment you receive from others due to a delay in the completion of construction beyond the 'planned completion date.'**"

TRV FISHER CLM 011904

Page 2
Indianapolis Airport Authority, Etal
CCE9258
February 6, 2007

As stated above, Travelers will continue to gather the necessary information it needs in order to complete its investigation. In doing so, Travelers does not waive any of its rights, terms, conditions or limitations under the policy. Travelers specifically reserves any and all rights and defenses that now exist or may arise in the future. Even though the investigation of this claim is being undertaken with a full reservation of rights, we solicit your cooperation in the further handling of this claim as required under the terms of the policy, and remind you of your obligations to mitigate your loss and adhere to all duties under the policy.

Lastly, while specific policy language has been quoted in this letter, if such policy language was mistranscribed or incorrectly stated, the actual language in the policy would control, and the actual policy terms should be reviewed by you. Additionally, Travelers does not intend by this letter to waive any other provisions of the policy, including any applicable coverage provisions, but specifically reserves it rights to assert any additional policy conditions, limitation, exclusion, exception, or defense at any time. No act of the company, its agents or employees, while investigating, determining extent of loss, negotiating settlement or defending a lawsuit is intended to be a waiver of any of the company's rights under the policy.

Should you have any questions regarding this claim, please do not hesitate to call me at (847) 566-7950

Sincerely,

Travelers Property Casualty Company of America
Nancy Fisher
General Adjuster
25686 Willow Spring Road
Mundelein, IL  60060
Office Phone # 847/566-7950
Cell Phone #   847/736-6914
Facsimile #    866/305-4427
NLFisher@stpaultravelers.com

cc: Mark Flandermeyer -- Hunt Smoot -- Via Electronic Mail

TRV FISHER CLM 011905